# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>   Mildred C. Chaffin<br><br>   Debtor(s) | Case No. 13 B 36451 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2013.

2) The plan was confirmed on 11/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/20/2013, 06/06/2014.

5) The case was Dismissed on 07/29/2014.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,160.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,160.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $804.95 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $47.27 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$852.22** |
| Attorney fees paid and disclosed by debtor: | $486.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Trinity Hospital | Unsecured | 4,752.20 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 200.00 | 169.37 | 169.37 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 600.00 | 702.47 | 702.47 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sun-Times, INC | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 848.00 | 934.00 | 934.00 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 7,454.00 | 9,238.79 | 9,238.79 | 0.00 | 0.00 |
| City of Chicago EMS | Unsecured | 755.00 | 1,118.00 | 1,118.00 | 0.00 | 0.00 |
| Collect Sys | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 2,058.00 | NA | NA | 0.00 | 0.00 |
| DECA Financial Services, LLC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | NA | 3,557.66 | 3,557.66 | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Emergency Room Providers, SC | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Escallate, LLC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| EYE CENTER PHYSICIANS LTD | Unsecured | 2,325.00 | NA | NA | 0.00 | 0.00 |
| Financial Recovery Services, Inc. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Geico Remittance Center | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Hanger Prosthetics & Orothotics, In | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris, Ltd. | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 70.60 | 70.60 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 476.60 | 411.06 | 411.06 | 0.00 | 0.00 |
| Illinois Title Loans Inc | Secured | 400.00 | 0.00 | 400.00 | 300.36 | 7.42 |
| JPMorgan Chase Bank, N.A. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary | Unsecured | 595.16 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mercy Hospital & Medical Center | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Milwaukee Public Schools | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| National Credit & Collection | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjuster | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin /02 | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin/55 | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Nco/inovision-medclr | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Nco/inovision-medclr | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| New York Department of Education | Unsecured | 4,307.46 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty Founda | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Nrthestcrcol | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| Pacer Service Center | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Plaza Recovery | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Rak J. Goyal | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 792.88 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Group | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| Shell Oil / Citibank | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| The Cardiology Group, LLC | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Tiburon Financial | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 15,293.00 | 16,610.61 | 16,610.61 | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Vitreal Consultants, Ltd | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Windy City Emergency Physicians | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $400.00 | $300.36 | $7.42 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$400.00** | **$300.36** | **$7.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $411.06 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$411.06** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,401.50** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $852.22 |
| Disbursements to Creditors | $307.78 |
| **TOTAL DISBURSEMENTS** : | **$1,160.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/22/2014    By: /s/ Marilyn O. Marshall
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**